## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-41 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-41; AND RECONTRUST COMPANY, N.A.,

Appellant,

vs.

NEVADA SANDCASTLES, LLC,

Respondent.

No. 74427

FILED

JUN 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joseph Hardy, Jr., District Judge
Akerman LLP/Las Vegas
The Wright Law Group
Eighth District Court Clerk

18-22206